# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br><br>AMANDA ELLA JENSEN<br><br>Debtor. | CHAPTER # 7<br>CASE NO. 09-28950 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X** **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

___ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Amanda Ella Jensen<br>2265 South 1100 West #C-106<br>West Haven, UT 84401 | $1800.41 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$1800.41** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 18th day of November, 2010.

/s/ Steven R. Bailey, Trustee